**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| HUGO HERNANDEZ AND SARA HERNANDEZ, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:15-cv-00643 |
| v. | § § | |
| HARTFORD LLOYD'S INSURANCE COMPANY, VERONICA JONES, AND ANDRE LANGSTON, | § § § | |
| Defendants. | § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs file this Notice of Settlement, and respectfully notifies the Court as follows:

1) On February 9, 2016, Plaintiffs and Defendants entered into an agreement to settle this case.

2) The parties anticipate a Settlement Agreement will be signed by all parties within 60 days, if not before.

3) The parties anticipate that the Agreed Stipulation of Dismissal With Prejudice will be filed with the Court within 60 days.

Respectfully submitted,

**MOSTYN LAW**

*/s/ René M. Sigman*
René M. Sigman
State Bar No. 24037492
rmsdocketefile@mostynlaw.com
3810 W. Alabama Street
Houston, Texas 77027
(713) 714-0000 (Office)
(713) 714-1111 (Facsimile)

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 11th day of February, 2016, as follows:

*/s/ René M. Sigman*
René M. Sigman