IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HUGO HERNANDEZ AND SARA HERNANDEZ, | § § § § | |
| *Plaintiffs,* | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-00643 |
| | § | |
| HARTFORD LLOYD'S INSURANCE COMPANY, VERONICA JONES, AND ANDRE LANGSTON | § § § § | |
| | § | |
| *Defendants.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Hugo and Sara Hernandez, ("Plaintiffs") and Defendants Hartford Lloyd's Insurance Company, Veronica Jones, and Andre Langston ("Defendants"), being all of the parties to the above referenced action that have appeared herein, jointly announce to the Court that the above-referenced case has been settled.  Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal of this action with prejudice, with each party bearing its own costs and fees incurred.

A proposed order approved by all counsel is submitted herewith.

Respectfully submitted,

*/s/ Rene M. Sigman*
Rene M. Sigman
State Bar No. 24037492
J. Ryan Fowler
State Bar No. 24058357
Sean C. Timmons
State Bar No. 24067908
Mostyn Law
3810 West Alabama Street
Houston, Texas 77027
Telephone:     713-714-0000
Facsimile:     713-714-1111
Email:         rmsigman@mostynlaw.com
               ryan@mostynlaw.com
               sctimmons@mostynlaw.com
**ATTORNEYS FOR PLAINTIFF**

*/s/Laura Grabouski*
Laura Grabouski
State Bar No: 24031595
Brittan L. Buchanan
State Bar No: 03285680
**BUCHANAN DIMASI DANCY & GRABOUSKI LLP**
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
Telephone: 512-225-2800
Facsimile: 512-225-2801
Email: lgrabouski@bddglaw.com
bbuchanan@bddglaw.com

**ATTORNEYS FOR DEFENDANTS**