# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| HUGO HERNANDEZ AND SARA HERNANDEZ, § § § § § § § § v. HARTFORD LLOYD'S INSURANCE COMPANY, ET AL. | Civil Action No. 4:15-CV-00643-ALM (Judge Mazzant/Judge Nowak) |

## ORDER OF DISMISSAL

Came on to be considered this day the Joint Stipulation of Dismissal with Prejudice (Dkt. #14) jointly filed in this cause by Plaintiffs Hugo Hernandez and Sara Hernandez ("Plaintiffs") and Defendants Harford Lloyd's Insurance Company, Veronica Jones, and Andre Langston ("Defendants") (collectively, the "Parties"). After considering the Joint Stipulation of Dismissal with Prejudice and the agreement of the Parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiffs' claims against Defendants are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 2nd day of May, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE